JUDGE PRESKA

Haluk Savci, Esq.
Mason Tenders District Council
Of Greater New York
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407

Counsel for Plaintiff

08 CV 6197

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MASON TENDERS DISTRICT COUNCIL :
OF GREATER NY AND LONG ISLAND :
: Civil Action No. –
:
Plaintiffs, : ECF CASE
: RULE 7.1 Statement
-against- :
:
MODERN CONSTRUCTION CORP. :
and MIKE HEINRICHS, an individual :
:
Defendants. :
------------------------------------------------------------ x

Plaintiffs, Mason Tenders District Council of Greater New York, hereby certify that they have no parent corporations nor does any publicly held company own 10% or more of their stock.

Dated: New York, NY
       July 7, 2008

                                    Respectfully submitted,

                              By:   _____
                                    Haluk Savci (HS 0853)
                                    Mason Tenders District Council
                                    Of Greater New York
                                    520 Eighth Avenue, Suite 650
                                    New York, NY
                                    (212) 452-9407